*E-FILED 08-02-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 105,<br><br>                    Petitioner,<br>     v.<br><br>TEHACHAPI HEATING & AIR CONDITIONING COMPANY, INC.,<br><br>                    Respondent. | No. C11-02412 HRL<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket No. 6] |

Given the court's unavailability, and having reviewed petitioner's case management statement (Docket No. 6), petitioner's request to continue the initial case management conference is granted. The initial case management conference set for August 9, 2011 is continued to October 4, 2011, 1:30 p.m. in Courtroom 2. All related deadlines are adjusted accordingly.

SO ORDERED.

Dated: August 2, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02412-HRL Notice has been electronically mailed to:

Mark Stephen Renner     mrenner@wmprlaw.com, jchargin@wmprlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.