UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 105,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI HEATING AND AIR CONDITIONING COMPANY, INC.,<br><br>Defendant.<br>_____/ | No. C-11-02412 SBA (DMR)<br><br>**ORDER TO SUBMIT SUPPLEMENTAL INFORMATION** |

      Plaintiff Sheet Metal Workers International Association Local Union No. 105's Petition for Confirmation of Arbitration Award ("Complaint") references a number of collective bargaining agreements to which it alleges Defendant Tehachapi Heating and Air Conditioning Company, Inc. is and was bound. (Compl. ¶¶ 6, 7, 9.) Plaintiff did not submit any copies of agreements that were executed by Defendant's alleged predecessor, Can-Am Heating and Air Conditioning. Therefore, **by no later than 3:00 p.m. today**, the court hereby orders Plaintiff to submit by email to dmrpo@cand.uscourts.gov PDF versions of executed copies of each and every agreement referenced in paragraphs 6 and 7 of the Complaint, as well as the notice by Can-Am Heating and Air Conditioning referenced in paragraph 6. If an agreement was not executed by Defendant's predecessor, Plaintiff shall submit a copy of the agreement and direct the court to the applicable

provision which Plaintiff claims binds Defendant's alleged predecessor to the terms of the agreement(s).

Upon receipt of this Order and submission of the supplemental information requested herein, Plaintiff shall serve a copy of this Order and the supplemental information on Defendant and file a proof of service with the court.

IT IS SO ORDERED.

Dated: January 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge