UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 105,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI HEATING AND AIR CONDITIONING COMPANY, INC.,<br><br>Defendant.<br>_____/ | No. C-11-02412 SBA (DMR)<br><br>**ORDER REGARDING SUBMISSION OF SUPPLEMENTAL INFORMATION AND VACATING JANUARY 26, 2012 HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Plaintiff Sheet Metal Workers International Association Local Union No. 105's Petition for Confirmation of Arbitration Award ("Complaint") references a number of collective bargaining agreements to which it alleges Defendant Tehachapi Heating and Air Conditioning Company, Inc. is and was bound. (Compl. ¶¶ 6, 7, 9.) However, Plaintiff did not submit any copies of agreements that were executed by Defendant's alleged predecessor, Can-Am Heating and Air Conditioning. Accordingly, earlier today, the court issued an Order for Plaintiff to submit certain documents referenced in paragraphs 6 and 7 of the Complaint. [Docket No. 29.]

The court is in receipt of Plaintiff's partial submission of the requested documents. The court hereby grants Plaintiff an extension to **January 24, 2012** to e-file all of the requested documents and information. Upon receipt and review of Plaintiff's submissions, the court may

require further briefing and/or information from Plaintiff in support of its motion for default judgment [Docket No. 14]. Accordingly, the court hereby VACATES the January 23, 2012 hearing on Plaintiff's motion. The court will reset the hearing upon receipt and review of Plaintiff's submissions.

Upon receipt of this Order and submission of the supplemental documents/information to the court requested herein, Plaintiff shall serve a copy of this Order and the supplemental documents/information on Defendant and file a proof of service with the court.

IT IS SO ORDERED.

Dated: January 20, 2012

DONNA M. RYU
United States Magistrate Judge