UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 105,<br><br>Plaintiff(s),<br><br>v.<br><br>TEHACHAPI HEATING AND AIR CONDITIONING COMPANY INC.,<br><br>Defendant(s). | No. C11-2412 SBA (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE RE SETTLEMENT NEGOTIATIONS** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the status of the settlement negotiations is scheduled for **Tuesday, March 20, 2012 at 1:15 p.m.** Mr. Renner shall get Mr. Foster on the line and contact chambers at **415-522-4093**. Mr. Teran may, but need not, participate. If the parties reach a settlement before that date, Mr. Renner shall notify the Court immediately.

Dated: February 29, 2012

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2012\Sheet Metal 105 Order Re Settlement Negotiations.wpd