1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7                                   )
8   SHEET METAL WORKERS            )
    INTERNATIONAL ASSOCIATION      )      No. C11-2412 SBA (BZ)
9   LOCAL UNION NO. 105,           )
                                   )
10                                 )
            Plaintiff(s),          )
11                                 )
                                   )      **ORDER**
12                                 )
                                   )
13      v.                         )
                                   )
14                                 )
    TEHACHAPI HEATING AND AIR      )
15  CONDITIONING COMPANY INC.,     )
                                   )
16          Defendant(s).          )
                                   )

17

18      Following a further telephone discussion at which Mr.

19  Renner, Mr. Teran, and Mr. Foster participated, **IT IS ORDERED**

20  that Mr. Teran, and accompanied by other such union officials as

21  are appropriate, meet with Mr. Foster at the Union office at

22  620 Enterprise Way, Bakersfield, CA on **Wednesday, March 28,**

23  **2012**, **at 10:00 a.m.,** unless the parties make other arrangements.

24  If further Court assistance is needed, Mr. Renner shall contact

25  my secretary, Rose Maher at **415-522-4093.**

26  Dated: March 20, 2012

27  _____
              Bernard Zimmerman
28          United States Magistrate Judge